

# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 08-00093 |
| -vs- | JUDGE DRELL |
| CLINTON MATTHEW CORBEIL | MAGISTRATE JUDGE KIRK |

## RULING AND JUDGMENT

Before us is Defendant's motion to discharge his appointed counsel, Joseph Beck III. The magistrate judge held a hearing on October 28, 2008 and issued a Report and Recommendation recommending that Defendant be allowed to represent himself and have standby counsel appointed.

Following the Report and Recommendation, Defendant filed objections and a motion for access to a law library. As there is an exigent necessity to house Defendant at the Bossier facility, but otherwise considering Defendant's choice to represent himself, it is ORDERED that standby counsel in the Shreveport area be appointed solely to assist Defendant with research on relevant legal issues. Standby counsel will NOT write briefs. Should standby counsel believe the demands made upon him by Defendant are unreasonable or unnecessary, he may file an appropriate motion under seal to obtain a court determination. The Federal

Public Defender's office shall make the designation of standby counsel who will then coordinate with Defendant. Mr. Beck is designated as continuing standby counsel for trial purposes, should this case require a trial.

Except to the extent clarified herein, the Report and Recommendation from the magistrate judge is adopted after a complete de novo review having been conducted, including the transcript of the October 28, 2008, hearing.

The motion for legal access filed November 3, 2008, is likewise GRANTED as outlined herein.

SIGNED on this 10 day of December, 2008, at Alexandria, Louisiana.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE