UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

**UNITED STATES OF AMERICA**　　　　CASE NO. 1:08-CR-00093-01

**VERSUS**　　　　JUDGE DRELL

**CLINTON MATTHEW CORBEIL (01)**　　　　MAG. JUDGE PEREZ-MONTES

O R D E R

Before the court is a motion requesting compassionate release (Doc. 75) under the 2018 amendments to the First Step Act enabling direct petition to a district court for sentence reduction under 18 U.S.C. § 3582(c)(1)(A)(i). United States v. Chambliss, 948 F.3d 691, 692 n. 1 (5th Cir. 2020). Corbeil's motion seeks release based on personal reasons that are not listed among the reasons generally deemed "extraordinary and compelling" as required by the Act and further defined by 28 U.S.C. §994(a)(2) and U.S.S.G. 1B1.13. However, the court does not reach those issues because the motion is rejected on the basis that Corbeil failed to exhaust administrative remedies in this case. Specifically, the Act requires that, before filing a motion for compassionate release with this court, Corbeil must first file a request for such motion with the Warden and wait thirty (30) days for a response. After receipt of a denial from the Warden or the expiration of thirty (30) days' time, Corbeil is free to file his own motion for compassionate relief under the Act. The government's response (Doc. 83) indicates that, although Corbeil did submit a request to the Warden, such request was not properly submitted and Corbeil ignored the Warden's instructions to resubmit a proper request and further failed to disclose these details to the court. Proper exhaustion of administrative remedies is required under the Act prior to filing a motion for compassionate release with a district court. Failure of the petitioner to exhaust administrative remedies under the Act forecloses relief. United

1

States v. Clark, 2020 Wl 1557397 *5 (M.D. La. 2020) *quoting* United States v. Gileno, 2020 WL 1307108 *3 (D. Conn. 2020).

Based on the foregoing, the motion for compassionate relief (Doc. 75) filed by Corbeil under 18 U.S.C. 3582(c)(1)(A)(i) is DENIED and DISMISSED without prejudice.

THUS DONE AND SIGNED at Alexandria, Louisiana this 29th day of April, 2020.

DEE D. DRELL, JUDGE
UNITED STATES DISTRICT COURT